**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

In Re:  Case #16-10333-AJC
**Debtor:** Maria Portocarrero  Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 08-31-2016 and the following parties were present:

1. [  ] The Debtor:
2. [  ] The Debtor's Attorney:
3. [  ] The Lender's Representative:
4. [  ] The Lender's Attorney:

**B.** The final MMM conference was scheduled for 08-31-2016 but not conducted for the following reason:

1. [ x ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [  ] Other

**C.** The result of the MMM conference is as follows:

1. [  ] The parties reached an agreement
2. [  ] The parties did not reach an agreement

Dated: 08.10.16      Signature of Mediator: _____ //s// Anthony Roca
                     Printed Name: Anthony Roca
                     Address: 1750 Coral Way Second Floor Miami, FL 33145

Copies To:           Phone: (305) 263-7700
[All Parties to Mediation]  Email: tony@rocalaw.com