UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **4th** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Maria A Portocarrero** | JOINT DEBTOR: | | CASE NO.: | **16-10333** |
|---|---|---|---|---|---|
| Last Four Digits of SS# | **xxx-xx-3175** | Last Four Digits of SS# | | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **33** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **625.02** for months **1** to **18** ;
  B. $ **275.07** for months **19** to **33** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **6,600.00** TOTAL PAID $ **2,000.00**
      Balance Due $ **4,600.00** payable $ **103.77** /month (Months **1** to **18** )
      Balance Due $ _____ payable $ **182.14** /month (Months **19** to **33** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Wells Fargo Bank, N.A.** Arrearage on Petition Date $ **0.00**
  Address: PO Box 14412 Des Moines, IA 50306-3412 Arrears Payment $ **0.00** /month (Months **0** to **0** )
  Account No: **Account No: 2891** Mortgage Payment $ **498.46** /month (Months **01** to **18** )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
 **-NONE-** Total Due $ _____
    Payable $ _____ /month (Months _ to _ ) Regular Payment $ _____

Unsecured Creditors: Pay $ **65.42** /months (**Months 19 to 33** )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

 The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed claims.

 The debtor has received a modification of her loan with Wells Fargo Bank ("Lender"), loan number 2891, for real property located at 17921 NE 6 Ave North Miami Beach, FL 33162  The debtor will commence making payments directly to the lender effective January 2017.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Maria A Portocarrero**
**Maria A Portocarrero**
Debtor

Date: **July 17,2017**